LINCOLN STONE, Cal. Bar #146597
HELEN A. SKLAR, Cal. Bar #159811
STONE, GRZEGOREK & GONZALEZ LLP
800 Wilshire Boulevard, Suite 900
Los Angeles, CA 90017
Tel: (213) 627-8997; Fax: (213) 627-8998
E-mail: lincoln@sggimmigration.com
E-mail: helen@sggimmigration.com

Attorneys for Plaintiff/Petitioner
MEHRDAD SALARI

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRDAD SALARI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JEH CHARLES JOHNSON, et al.,<br><br>　　　　Defendants. | No. CV 14-5651-RSWL(ASx)<br><br>**ORDER DISMISSING ACTION**<br><br><br><br>[Hon. Ronald S.W. Lew] |

　　Pursuant to stipulation, IT IS ORDERED that this action is dismissed without prejudice.

　　Each side shall bear its own costs and attorney's fees.

DATED: March 16, 2015.

　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE